United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-14818-mdc
John Robert Hogan                                                       Chapter 13
Eileen Marie Hogan
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett       Page 1 of 1           Date Rcvd: Jul 13, 2016
                         Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13097685       E-mail/Text: bankruptcy@gbmail.com Jul 14 2016 02:05:57     GUARANTY BANK,
                 4000 W. BROWN DEER RD.,    BROWN DEER WI 53209
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Guaranty Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor    Hilton Resorts Corporation marty@mvrlaw.com,
               erin@mvrlaw.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Eileen Marie Hogan
               stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor John Robert Hogan stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-14818-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

John Robert Hogan
330 Sharpless Street
West Chester PA 19382

Eileen Marie Hogan
330 Sharpless Street
West Chester PA 19382

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/11/2016.

Name and Address of Alleged Transferor(s):

Claim No. 8: GUARANTY BANK, 4000 W. BROWN DEER RD., BROWN DEER WI 53209

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
426 Phillips Boulevard
Ewing, NJ 08618

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/15/16

Tim McGrath
**CLERK OF THE COURT**