**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John Robert Hogan and Eileen Marie Hogan | CHAPTER 13 |
| <u>Debtor(s)</u> | BKY. NO. 13-14818 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4526

    Respectfully submitted,

**<u>/s/Thomas Puleo, Esquire</u>**
Thomas Puleo, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406