# American*FINCO*

The Right Choice for Your Financing Needs

April 27,2017

## NOTICE OF CHANGE OF ADDRESS

To Whom it may concern,

We are a creditor (American Finco Financial Services) and are in the process of relocating our office. Please see our address change request below and send all BK payments and correspondence to our new address.

**Re:**
*John & Eileen Hogan*
*Case # 13-14818-MDC*

MAY 3 2017

**Creditor's Current Address:**
American Finco Financial Services
121 S McLean Blvd. Unit A
South Elgin, IL 60177

*-Please change to-*

**Creditor's New Address**
American Finco Financial Services
9595 Six Pines Dr. Suite: 8210
The Woodlands, TX 77380

If you have any questions, please feel free to contact me.

Thank you,

Kelly Binkley
American Finco Credit Department
# 847-240-4307