United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 13-14818-mdc
John Robert Hogan                                              Chapter 13
Eileen Marie Hogan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 2           Date Rcvd: Aug 07, 2018
                              Form ID: 138NEW          Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db/jdb         +John Robert Hogan,    Eileen Marie Hogan,    330 Sharpless Street,    West Chester, PA 19382-3537
13067523       +AAA Financial Services,    P.O. Box 15713,    Wilmington, DE 19886-5713
13067524       +AARP-Chase,    Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
13067528      ++AMERICAN FINCO FINANCIAL SERVICES,    9595 SIX PINES DRIVE,   SUITE 8210,
                 THE WOODLANDS TX 77380-1642
                (address filed with court: American FINCo,    P.O. Box 2994,    Milwaukee, WI 53201)
13067525        American Express (Blue Card),    P.O. Box 1270,    Newark, NJ 07101-1270
13067526        American Express (Gold Card),    P.O. Box 1270,    Newark, NJ 07101-1270
13156791        American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13156790        American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13067527        American Express-Delta Sky Miles,    P.O. Box 1270,    Newark, NJ 07101-1270
13067531       +Bill Me Later,    P.O. Box 105658,   Atlanta, GA 30348-5658
13067532       +Boscov's,    P.O. Box 17642,   Baltimore, MD 21297-1642
13187944       +CAPITAL ONE, N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
13067529      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: AT&T Universal Card,    P.O. Box 183037,    Columbus, OH 43218)
13067534       +Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13067535       +Citi Cards,    P.O. Box 183064,    Columbus, OH 43218-3064
13187607       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13085950       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13067530       +Hilton Grand Vacations Club,    6355 Metro West Boulevard, Sutie 180,    Orlando, FL 32835-6203
13758071        Lakeview Loan Servicing, LLC,    426 Phillips Boulevard,   Ewing, NJ 08618
13067541       +NEA-Bank of America,    P.O. Box 15715,   Wilmington, DE 19886-5715
13071826       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13067542       +PSEA-PNC Bank,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
13067543       +Sears,    P.O. Box 183081,   Columbus, OH 43218-3081
13067544       +Toyota Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
13080492        Toyota Lease Trust,    PO Box 8026,   Cedar Rapids, Iowa   52408-8026
13067545       +United Visa,    Cardmembers Services,    P.O. Box 15153,    Wilmington, DE 19886-5153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:28:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2018 02:29:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:33:01     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
NONE           +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 08 2018 02:29:17     KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:34:15
                 PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
13067533        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2018 02:33:03
                 Capital One Bank (USA), N.A.,    Bankruptcy Claims Servicer,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
13067536        E-mail/Text: mrdiscen@discover.com Aug 08 2018 02:28:34     Discover Platinum Card,
                 P.O. Box 15251,    Wilmington, DE 19886
13074738        E-mail/Text: mrdiscen@discover.com Aug 08 2018 02:28:34     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13067537       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:33:01     GE Capital Luxury,
                 P.O. Box 960061,    Orlando, FL 32896-0061
13097685        E-mail/Text: bankruptcy@gbmail.com Aug 08 2018 02:29:51     GUARANTY BANK,
                 4000 W. BROWN DEER RD.,    BROWN DEER WI 53209
13067538        E-mail/Text: bankruptcy@gbmail.com Aug 08 2018 02:29:51     Guaranty Bank,   P.O. Box 245014,
                 Milwaukee, WI 53224
13067540       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 08 2018 02:29:17     Key Bank,
                 P.O. Box 93885,    Cleveland, OH 44101-5885
13096270       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 08 2018 02:29:17     KeyBank National Association,   4910 Tiedeman Road,    Brooklyn Ohio 44144-2338
13804868        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 02:33:44     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13122941        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 02:33:12
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13167596       +E-mail/Text: bncmail@w-legal.com Aug 08 2018 02:29:27     OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13180623        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:59:47
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Aug 07, 2018
                               Form ID: 138NEW             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13075355          E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2018 02:33:08
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13067546          E-mail/Text: bankruptcydept@wyn.com Aug 08 2018 02:29:29       Wyndham Consumer Finance,
                   P.O. Box 98940,    Las Vegas, NV 89193
13067547         +E-mail/Text: bankruptcydept@wyn.com Aug 08 2018 02:29:29       Wyndham Vacation Resorts, Inc.,
                   8427 South Park Circle,    Orlando, FL 32819-9058
                                                                                                TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
                 (address filed with court:   Guaranty Bank,    4000 W. Brown Deer Road,    Brown Deer, WI  53209)
cr*              LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                   GREENVILLE, SC  29603-0587
13100455*       ++AMERICAN FINCO FINANCIAL SERVICES,    9595 SIX PINES DRIVE,    SUITE 8210,
                   THE WOODLANDS TX 77380-1642
                 (address filed with court:   American Finco,    425 N. Martingdale, Suite 1520,
                   Schaumburg, IL 60173)
13183620*        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13167558*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13067530        ##+Bettianne Hogan,    142 Ocean Road,    Ocean City, NJ 08226-4547
                                                                                   TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Guaranty Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor    Hilton Resorts Corporation marty@mvrlaw.com,
               erin@mvrlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Eileen Marie Hogan
               stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor John Robert Hogan stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John Robert Hogan and Eileen Marie Hogan

    Debtor(s)

Bankruptcy No: 13−14818−mdc

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

>    900 Market Street
>    Suite 400
>    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.


    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/7/18

50 − 49
Form 138_new