United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-14818-mdc
John Robert Hogan                                                       Chapter 13
Eileen Marie Hogan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin            Page 1 of 2           Date Rcvd: Sep 28, 2018
                              Form ID: 3180W         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db/jdb         +John Robert Hogan,    Eileen Marie Hogan,    330 Sharpless Street,    West Chester, PA 19382-3537
13100455       ++AMERICAN FINCO FINANCIAL SERVICES,    9595 SIX PINES DRIVE,    SUITE 8210,
                 THE WOODLANDS TX 77380-1642
                 (address filed with court: American Finco,    425 N. Martingdale, Suite 1520,
                 Schaumburg, IL 60173)
13085950       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13097685       ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
                 (address filed with court: GUARANTY BANK,    4000 W. BROWN DEER RD.,    BROWN DEER WI 53209)
13758071        Lakeview Loan Servicing, LLC,    426 Phillips Boulevard,    Ewing, NJ 08618
13071826       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2018 03:05:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2018 03:06:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13156791        EDI: BECKLEE.COM Sep 29 2018 06:53:00     American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13156790        EDI: BECKLEE.COM Sep 29 2018 06:53:00     American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13074738        EDI: DISCOVER.COM Sep 29 2018 06:53:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13096270       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 29 2018 03:06:01
                 KeyBank National Association,    4910 Tiedeman Road,    Brooklyn Ohio 44144-2338
13804868        EDI: RESURGENT.COM Sep 29 2018 06:53:00     LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13122941        EDI: RESURGENT.COM Sep 29 2018 06:53:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13167596       +EDI: OPHSUBSID.COM Sep 29 2018 06:53:00     OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13180623        EDI: PRA.COM Sep 29 2018 06:53:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13080492        EDI: TFSR.COM Sep 29 2018 06:53:00     Toyota Lease Trust,    PO Box 8026,
                 Cedar Rapids, Iowa  52408-8026
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13183620*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13167558*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13067530       ##+Bettianne Hogan,    142 Ocean Road,    Ocean City, NJ 08226-4547
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: admin              Page 2 of 2              Date Rcvd: Sep 28, 2018
                                  Form ID: 3180W           Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Guaranty Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor    Hilton Resorts Corporation marty@mvrlaw.com,
               erin@mvrlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Eileen Marie Hogan
               stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor John Robert Hogan stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John Robert Hogan** | Social Security number or ITIN  **xxx–xx–1904** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Eileen Marie Hogan** | Social Security number or ITIN  **xxx–xx–4926** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **13–14818–mdc**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Robert Hogan                             Eileen Marie Hogan

9/27/18                                       **By the court:**   Magdeline D. Coleman
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**