United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-14818-mdc
John Robert Hogan                                                       Chapter 13
Eileen Marie Hogan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 1        Date Rcvd: Oct 01, 2018
                            Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.
db/jdb         +John Robert Hogan,    Eileen Marie Hogan,    330 Sharpless Street,    West Chester, PA 19382-3537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Guaranty Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARTHA E. VON ROSENSTIEL    on behalf of Creditor    Hilton Resorts Corporation marty@mvrlaw.com,
               erin@mvrlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor John Robert Hogan stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Eileen Marie Hogan
               stan.luongo@luongobellwoar.com,    nicole.werner@luongobellwoar.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                            : Chapter 13

John Robert Hogan and Eileen Marie Hogan          : Case No. 13–14818–mdc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , October 1, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

58
Form 195